UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY LAWRENCE WINCHESTER | CIVIL ACTION |
| VERSUS | NO. 24-2586 |
| FRANK BISIGNANO, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "I" (3) |

### ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Jeremy Lawrence Winchester, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge is **AFFIRMED,** as it is based on substantial evidence, pursuant to Title 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 30th day of July 2025.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE